# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**696**

**CA 11-00319**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF ALFONS J. POHOPEK,
PETITIONER-APPELLANT,

V                                                                    ORDER

TOWN OF WESTERN ZONING BOARD OF APPEALS AND
DONALD CROFT, RESPONDENTS-RESPONDENTS.

---

GUSTAVE J. DETRAGLIA, JR., UTICA, FOR PETITIONER-APPELLANT.

CHARLES W. ENGELBRECHT, ROME, FOR RESPONDENT-RESPONDENT TOWN OF
WESTERN ZONING BOARD OF APPEALS.

--------------------------------------------------------------------------------

Appeal from a judgment (denominated order) of the Supreme Court,
Oneida County (Anthony F. Shaheen, J.), entered June 29, 2010 in a
proceeding pursuant to CPLR article 78.  The judgment dismissed the
petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court